No. 91–1393.   LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* FRETWELL.   C. A. 8th Cir.   [Certiorari granted, *ante,* p. 908.]   Motion for appointment of counsel granted, and it is ordered that Ricky B. Medlock, Esq., of Little Rock, Ark., be appointed to serve as counsel for respondent in this case.

No. 91–1420.   GROWE, SECRETARY OF STATE OF MINNESOTA, ET AL. *v.* EMISON ET AL.   D. C. Minn.   [Probable jurisdiction noted, 503 U. S. 958.]   Motion of Martin Frost et al. for leave to file a brief as *amici curiae* granted.

No. 91–8385.   IN RE PORZIO.   Petition for writ of habeas corpus denied.

No. 91–1811.   IN RE POLYAK; and
No. 91–8219.   IN RE DALL.   Petitions for writs of mandamus denied.

No. 91–1707.   IN RE UNITED SERVICES AUTOMOBILE ASSN.   Petition for writ of mandamus denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–1538.   SMITH *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari granted.

No. 91–1695.   PIONEER INVESTMENT SERVICES CO. *v.* BRUNSWICK ASSOCIATES LIMITED PARTNERSHIP ET AL.   C. A. 6th Cir.   Certiorari granted.

No. 91–1160.   ARAVE, WARDEN *v.* CREECH.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 91–7749.   ORTEGA-RODRIGUEZ *v.* UNITED STATES.   C. A. 11th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.